## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Romarico Juarez,

Plaintiff(s),

v.

RJK Barone Aerating & Lawn Service, Inc. d/b/a
RJK Barone Lawn & Landscape, Inc. and Ronald
A. Barone, individually,

Defendant(s).

Case No.  16 C 50250

Judge  Frederick J. Kapala

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
       ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: Judgment is entered  for plaintiff, Romarico Juarez, and against defendants, RJK Barone Aerating & Lawn Service, Inc. d/b/a RJK Barone Lawn & Landscape, Inc. and Ronald A. Barone,  jointly and severally, in the total amount of $25,000.00.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☐ decided by Judge       on a motion

Date:   10/12/2016

Thomas G. Bruton, Clerk of Court
/S/ Susan Bennehoff, Deputy Clerk